IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DENNIS WENTZ,

    Plaintiff,

v.                                          CASE NO. 5:12-cv-152-RS-GRJ

HALEY, et al.,

    Defendants.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 6).

**IT IS ORDERED:**

    1.     The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

    2.     Petitioner's Complaint (Doc. 1) is **DISMISSED**.

    3.     The clerk is directed to close the case.

**ORDERED** on August 10, 2012.

                                               /S/ Richard Smoak
                                               **RICHARD SMOAK**
                                               **UNITED STATES DISTRICT JUDGE**